People v Mercado-Gomez (2025 NY Slip Op 05431)

People v Mercado-Gomez

2025 NY Slip Op 05431

Decided on October 3, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2025

PRESENT: WHALEN, P.J., CURRAN, BANNISTER, MONTOUR, AND SMITH, JJ. (Filed Oct. 3, 2025.) 

MOTION NO. (434/22) KA 18-00691.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
RAMON MERCADO-GOMEZ, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.